Opinion issued December 1, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00777-CV

———————————

Brian
Gabbert,
Appellant

V.

Gustavo
Torres, Appellee



 



 

On Appeal from the 268th District Court

Harris County, Texas



Trial Court Case No. 08DCV164318

 



 

MEMORANDUM OPINION

The Court today considered the parties’
joint motion to vacate and remand, in which they request that this Court set
aside the trial court’s judgment without regard to the merits and remand the
case to the trial court for (1) entry of an agreed final take-nothing judgment
in accordance with the parties’ settlement agreement and (2) release of the
cash surety deposit in the trial court’s registry to Allison H. Gabbert to be
held in trust in accordance with the parties’ agreement. We grant the parties’
motion. 

We set aside the trial court’s judgment without regard to
the merits and remand the case to
the trial court for the rendition of judgment and release of the cash surety
deposit in accordance with the parties’ agreement. See Tex. R. App. P. 42.1(a)(2)(B).

Per Curiam

 

Panel
consists of Justices Jennings, Sharp, and Brown.